**Dismiss and Opinion Filed March 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00475-CV

**CHARLES L. NORTON, Appellant**
**V.**
**CENTILLION PARTNERS, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05499**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee and appellant's brief in this case are past due. By postcards dated April 9, 2013 and July 8, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 9, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By postcard dated June 10, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed his brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130475F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHARLES L. NORTON, Appellant

No. 05-13-00475-CV          V.

CENTILLION PARTNERS, INC., Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-05499.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellee CENTILLION PARTNERS, INC. recover its costs of this appeal from appellant CHARLES L. NORTON.

Judgment entered March 21, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE